# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE L. LAND, | ) | Case No. CV 12-8891 R (MRW) |
|           Petitioner, | ) | |
|     vs. | ) | JUDGMENT |
| BRUNO STOLC, et al., | ) | |
|           Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 17, 2013      _____
                                          HON. MANUEL L. REAL
                                          UNITED STATES DISTRICT JUDGE